AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:22-CV-08695-KPF**

## PROOF OF SERVICE
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for   **Kate Aspen, Inc.**
was recieved by me on **12/04/2022:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Colleen Convoy** , who is designated by law to accept service of process on behalf of **Kate Aspen, Inc.12/08/2022**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   12/08/2022

_____
*Server's signature*

**Sharon Murphy**
*Printed name and title*

**910 Deerfield Crossing Dr**
**#11122**
**Alpharetta, GA 30004**
_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Colleen Convoy  who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with glasses.**




Tracking #: **0097620099**