UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW TORO,<br>*on behalf of himself and all others similarly situated*,<br><br>                              Plaintiff,<br><br>                         -v.-<br><br>KATE ASPEN, INC.,<br><br>                              Defendant. | 22 Civ. 8695 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

In line with the schedule discussed during the pre-motion conference held in this case on February 16, 2023, Plaintiff is directed to file an amended complaint by **March 10, 2023**. Defendant shall submit either an answer or motion to dismiss the amended complaint by **April 14, 2023**. Plaintiff shall submit an opposition to Defendant's motion to dismiss by **May 15, 2023**. Defendant shall submit its reply, if any, by **May 31, 2023**.

SO ORDERED.

Dated:  February 22, 2023
        New York, New York

                                             KATHERINE POLK FAILLA
                                             United States District Judge