

# Mars Khaimov Law, PLLC

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>**VIA ECF**</u>
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



September 21, 2023

    Re:    <u>*Case 1:22-cv-08695-KPF Toro v. Kate Aspen, Inc.*</u>
              <u>Request for Stay of Action and Referral to Mediation</u>

Dear Judge Failla:

    The Parties jointly and respectfully submit this letter motion to seek a stay of the action, adjournment of the pretrial conference scheduled for September 22, 2023, and an immediate referral to the District's Mediation Program. Firstly, the Parties acknowledge and apologize for the tardiness of this request, as there is an in-person conference scheduled for tomorrow. The Parties have been conferring regarding the potential to resolve the suit, however, it has recently become evident that a mediation will be necessary to help a meeting of the minds. As such, for the sake of judicial economy, the Parties request that the matter be temporarily stayed pending the results of a mediation, and that the conference scheduled for September 22, 2023 be adjourned *sin dine*. This is the second request for the adjournment of this pretrial conference, and both Parties do consent.

    In the alternative, should Your Honor not agree to the relief requested herein, the Parties request that they be permitted to appear for the conference virtually via telephone.

    We thank Your Honor for Your attention and consideration herein.

                                                              Respectfully submitted,

                                                              <u>*Mars Khaimov, Esq.*</u>
                                                              Attorney for Plaintiff

                                                             <u>*Ian Smith, Esq.*</u>
                                                              Attorney for Defendant

---

```
Application GRANTED.  The conference scheduled for September 22, 2023, is
hereby adjourned sine die.  The Court will separately issue an Order
referring this case to mediation.  Per the application of the parties,
this case is hereby STAYED pending the outcome of mediation.

The Clerk of Court is directed to terminate the pending motion at docket
number 20.

Dated:    September 22, 2023
          New York, New York
                                     SO ORDERED.

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE
```